United States Courts
Southern District of Texas
FILED
**November 19, 2025**
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LARRANICIA DANIELS | Case No. **4:25-cr-631** |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Theft of Government Money and Property

On or about September 30, 2024, in the Southern District of Texas, the defendant,

**LARRANICIA DANIELS,**

did willfully and knowingly steal and purloin any voucher, money, and thing of value of the United States and any department and agency thereof where the value of such property in the aggregate, combining amounts from all the counts for which the defendant is convicted, exceeds $1,000, to wit: Postal Money Order Serial Number 28658235666 in the amount of $900.00, in violation of 18 U.S.C. § 641.

### COUNT TWO
### Theft of Government Money and Property

On or about October 1, 2024, in the Southern District of Texas, the defendant,

**LARRANICIA DANIELS,**

did willfully and knowingly steal and purloin any voucher, money, and thing of value of the United States and any department and agency thereof where the value of such property in the aggregate, combining amounts from all the counts for which the defendant is convicted, exceeds $1,000, to

wit: Postal Money Order Serial Number 28658235688 in the amount of $985.35, in violation of 18 U.S.C. § 641.

## COUNT THREE
### Theft of Government Money and Property

On or about October 5, 2024, in the Southern District of Texas, the defendant,

**LARRANICIA DANIELS,**

did willfully and knowingly steal and purloin any voucher, money, and thing of value of the United States and any department and agency thereof where the value of such property in the aggregate, combining amounts from all the counts for which the defendant is convicted, exceeds $1,000, to wit: Postal Money Order Serial Number 28658235701 in the amount of $850.00, in violation of 18 U.S.C. § 641.

## COUNT FOUR
### Theft of Government Money and Property

On or about November 2, 2024, in the Southern District of Texas, the defendant,

**LARRANICIA DANIELS,**

did willfully and knowingly steal and purloin any voucher, money, and thing of value of the United States and any department and agency thereof where the value of such property in the aggregate, combining amounts from all the counts for which the defendant is convicted, exceeds $1,000, to wit: Postal Money Order Serial Number 28658235778 in the amount of $650.00, in violation of 18 U.S.C. § 641.

## COUNT FIVE
### Theft of Government Money and Property

On or about November 2, 2024, in the Southern District of Texas, the defendant,

**LARRANICIA DANIELS,**

did willfully and knowingly steal and purloin any voucher, money, and thing of value of the United States and any department and agency thereof where the value of such property in the aggregate, combining amounts from all the counts for which the defendant is convicted, exceeds $1,000, to wit: Postal Money Order Serial Number 28658235780 in the amount of $850.00, in violation of 18 U.S.C. § 641.

## COUNT SIX
### Theft of Government Money and Property

On or about November 22, 2024, in the Southern District of Texas, the defendant,

**LARRANICIA DANIELS,**

did willfully and knowingly steal and purloin any voucher, money, and thing of value of the United States and any department and agency thereof where the value of such property in the aggregate,

*Remainder of page left intentionally blank*

combining amounts from all the counts for which the defendant is convicted, exceeds $1,000, to wit: Postal Money Order Serial Number 28658235802 in the amount of $500.00, in violation of 18 U.S.C. § 641.

A TRUE BILL:

Original Signature on File

Foreperson of the Grand Jury

Nicholas J. Ganjei
United States Attorney

_____
Michael Chu
Assistant U.S. Attorney